IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONA LATTA, | : | Civil Action No. 3:12-CV-1271 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CAROLYN COLVIN, *Commissioner of Social Security,* | : | |
| Defendant. | : | |

**ORDER**

April 1, 2014

In accordance with the memorandum issued today's date, IT IS HEREBY ORDERED THAT:

1. The clerk is directed to change the named defendant from former Commissioner of Social Security, Michael J. Astrue, to acting Commissioner, Carolyn Colvin.

2. The decision of the Commissioner of Social Security denying disability insurance benefits to Rona Latta is AFFIRMED.

3. The clerk is directed to close the case file.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1